AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

_____ SOUTHERN _____ **DISTRICT OF** _____ FLORIDA _____

JOSE J. DELACRUZ
Plaintiff

**V.**

U.S. DEPARTMENT OF LABOR
ALEXIS M. HERMAN
SECRETARY OF LABOR
Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 00-6171

## CIV-ZLOCH

## MAGISTRATE JUDGE
### SELTZER

TO: (Name and address of defendant)

U.S. DEPARTMENT OF LABOR
ALEXIS M. HERMAN, Secretary of Labor
200 Constitution Avenue N.W.
Washington, D.C.  20210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jose J. DELACRUZ
2420 N.E. 7th Avenue
Ft. Lauderdale, FL   33305



an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

FEB 1 7 2000

CLERK

DATE

(BY) DEPUTY CLERK

4