AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| JOSE J. DELACRUZ | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| U.S. DEPARTMENT OF LABOR<br>ALEXIS M. HERMAN<br>SECRETARY OF LABOR<br>200 Constitution Avenue, N.W.<br>Washington, D.C. 20210 | **00-6171**<br>CIV-ZLOCH<br>MAGISTRATE JUDGE |

TO: (Name and address of defendant)

ALEXIS M. HERMAN, Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jose J. DELACRUZ
2420 N.E. 7th Avenue
Ft. Lauderdale, FL 33305

an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE