AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

JOSE J. DELACRUZ
Plaintiff

V.

U.S. DEPARTMENT OF LABOR
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6171 - ZLOCH



TO: (Name and address of defendant)

U.S. ATTORNEY GENERAL
Janet Reno
U.S. DEPARTMENT OF JUSTICE
10th Street & Constitution Avenue N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jose J. DELACRUZ
2420 N.E. 7th Avenue
Fort Lauderdale, Florida 33305

an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                    FEB 17 2000
CLERK                                              DATE

_____
(BY) DEPUTY CLERK

7