```
            Thu Feb 17 13:14:37 2000

        UNITED STATES DISTRICT COURT

           MIAMI          , FL

        Receipt No.   401 518602
        Cashier       liz

        C.C. Number: 4118 5300 0044 4213  02/02

        DO Code    Div No
        4600         0

        Sub Acct Type Tender      Amount
        1:086900   N     4         60.00
        2:510000   N     4         90.00

        Total Amount        $     150.00

        JOSE J. DELACRUZ

        00CV6171/ZLOCH /FILING FEE/PER ORDER/WJZ
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6171-CIV-ZLOCH

JOSE J. DELACRUZ,

    Plaintiff,

vs.                                            O R D E R

U.S. DEPARTMENT OF LABOR,
and ALEXIS M. HERMAN,
SECRETARY OF LABOR,

    Defendants.



FILED by _____ D.C.
FEB 0 7 2000

    THIS MATTER is before the Court upon the Application To Proceed Without Prepayment Of Fees, bearing file stamp of the Clerk of this Court dated February 2, 2000, filed herein by the Plaintiff, Jose J. Delacruz. The Court has carefully reviewed the aforementioned Application and the entire court file herein, and is otherwise fully advised in the premises.

    Pursuant to 28 U.S.C. § 1915, a district court "may authorize the commencement, prosecution or defense of any suit, action or proceeding" by a person unable to pay filing fees and costs. Although a person must demonstrate in an affidavit that his poverty prevents him from simultaneously paying the administrative fees to commence his lawsuit and providing the necessities of life for himself and his dependents, he need not be absolutely destitute in order to enjoy the benefit of § 1915. Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948).

    After a careful review of the Plaintiff's affidavit, the Court notes that the Plaintiff is employed and has bi-weekly take-home

wages of $807.90. The Court also notes that the Plaintiff has a checking account containing $1,621.83, real estate valued at $73,870.00, and an automobile valued at $9,000.00. Based upon the foregoing, the Court finds that the Plaintiff has failed to demonstrate the requisite financial need to proceed in forma pauperis.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff, Jose J. Delacruz's Application To Proceed Without Prepayment Of Fees be and the same is hereby **DENIED**;

2. On or before February 21, 2000, the Plaintiff shall pay the required filing fee to the Clerk of this Court; and

3. The failure of the Plaintiff to pay the required filing fee to the Clerk of this Court on or before February 21, 2000, will result in the dismissal of the above-styled cause without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of February, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Jose J. Delacruz, Plaintiff Pro Se
2420 N.E. 7th Avenue
Fort Lauderdale, FL 33305