AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

JOSE J. DELACRUZ
Plaintiff

V.

U.S. DEPARTMENT OF LABOR
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6171

REC'D 3-1-00

SERVED MARILYNN LINDSEY ASST
3-2-00 TIME 2:30PM U.S.
PS NEAL LOCHER ATTY
(Printed Name Here)

PS _____
Signature

SPECIAL PROCESS SERVER

17th JUDICIAL CIRCUIT # 168

TO: (Name and address of defendant)
U.S. ATTORNEY
Thomas E. Scott
500 East Broward Boulevard, Room 100
Fort Lauderdale, Florida 33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jose J. DELACRUZ
2420 N.E. 7th Avenue
Fort Lauderdale, Florida 33305

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE FEB 17 2000

Return original

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3-2-00  2:30 p.m. |
| NAME OF SERVER (PRINT)  NEAL LOCHER | TITLE  S.P.S. #168 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ~~the~~ ASSISTANT U.S. ATTORNEY MARILYNN LINDSEY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-2-00
     Date

Signature of Server:  Neal Locher
200 S.E. 6 ST. #304
FT. LAUDERDALE, FL. 33301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: ((**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALEXIS M HERMAN
U.S. SECRETARY OF LABOR
DEPT OF LABOR
200 CONSTITUTION AV N.W.
WASHINGTON DC 20210

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X M. Sharpe    3-8-00
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999    102595-99-M-1789

---

**SENDER: COMPLETE**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JANET RENO
U.S. ATTY GEN
DEPT OF JUSTICE
10th ST & CONSTITUTION AV
NW
WASHINGTON DC 20530

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789