UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6171-CIV-ZLOCH

JOSE J. DELACRUZ,

      Plaintiff,

vs.

UNITED STATES DEPARTMENT OF
LABOR, AND ALEXIS HERMAN,
SECRETARY OF LABOR,

      Defendants.
_____/



O R D E R

THIS MATTER is before the Court, sua sponte and upon the Complaint (DE 1) filed herein by the Plaintiff, Jose J. Delacruz. The Court having carefully reviewed said Complaint (DE 1) and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that on or before May 26, 2000, the Plaintiff, Jose J. Delacruz, shall file a short and plain statement of his cause of action in compliance with Rule 8 of the Federal Rules of Civil Procedure. This statement shall include the relevant facts upon which the Plaintiff relies to initiate this Complaint as a result of the "reasonable inquiry" required by Rule 11 of the Federal Rules of Civil Procedure. In particular, this statement shall provide the following information:

    1)    Describe the specific basis of <u>Federal</u> jurisdiction as to each count of the Complaint;

    2)    List each Defendant and state the alleged misconduct and basis of liability of each Defendant;

    3)    List the damages sustained for which each Defendant is allegedly liable; and



4) List any other additional relief requested of this Court to which the Plaintiff believes he is entitled.

Upon the failure of the Plaintiff to comply with the provisions of this Order, the Court will dismiss the above-styled cause, without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of May, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Jose J. Delacruz, <u>Pro Se</u>
2420 N.E. 7th Avenue
Fort Lauderdale, FL 33305
Plaintiff

Barbara L. Petras, Esq., AUSA
For Defendants