UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6171-CIV-ZLOCH

JOSE J. DELACRUZ,

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF LABOR, AND ALEXIS HERMAN, SECRETARY OF LABOR,

Defendants.

______________________________/

FILED BY ___ D.C.
00 MAY 25 PM 12:57
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

The Defendant, the U.S. Department of Labor, purposely discriminates on the basis of color. The Plaintiff 's skin color is brown. The Defendant offered Plaintiff the same job at a lower pay grade than white applicants. The Defendant actively pursued resignation Plaintiff by assigning Plaintiff to work in a geographically unpreferred area and then reassignment to a supervisor with a preference for white employees. The Defendant improperly terminated Plaintiff without establishing good cause. The Secretary of Labor, as department head, assumes liability for the Defendant. Because of the Defendant's discriminatory practices, the Plaintiff received less compensation than others in the same position and was without permanent employment for more than nine months. The Plaintiff continues to be inconvenienced in explaining the wrongful termination in job interviews. The Plaintiff seeks reemployment, relief from the pain and suffering endured and lost wages with interest.

Respectfully submitted
on this 25th day of May 2000.

JOSE J. DELACRUZ, Pro Se
2420 N.E. 7th Avenue
Ft. Lauderdale, FL 33305
(954) 566-9948

13

**CERTIFICATE OF SERVICE**

I hearby certify that on this 25th day of May, 2000, a copy of the foregoing was mailed, postage prepaid to:

Barbara L. Petras
Assistant United States Attorney
500 E. Broward Boulevard, Ste. 700
Ft. Lauderdale, Florida 33394



Sharon D. Calhoun
Attorney
U.S. Department of Labor
Office of the Solicitor
61 Forsyth Street, S.W., Rm 7T10
Atlanta, Georgia 30303