```
JOSE J. DELACRUZ                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
    Plaintiff
v.                                  CASE NO.  00-6171-CIV-ZLOCH
UNITED STATES DEPARTMENT OF
LABOR AND ALEXIS HERMAN, etc.           ORDER FOR PRE-TRIAL
                                            CONFERENCE
    Defendants
_____/
```

The above-styled cause is hereby set for Pre-Trial Conference on __April 13__, __2001__, at __9:30 a.m.__, at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

### TIME SCHEDULE

| | |
|---|---|
| **SEVENTEEN** days prior to P-T Conf. | - Attorneys must meet |
| **FIFTEEN** days prior to P-T Conf. | - Resume of experts and their reports must be exchanged |
| **FIVE** days prior to P-T Conf. | - ALL discovery must be completed |
| __90__ days prior to P-T Conf. | - ALL Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed |

**EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.**

**TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.**

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before __March 30, 2001__.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of __June__, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
Jose J. Delacruz, Pro Se
2420 N.E. 7th Avenue
Ft. Lauderdale, FL  33305
Barbara L. Petras, Esq., AUSA