UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6171-CIV-ZLOCH

JOSE J. DELACRUZ,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
LABOR AND ALEXIS HERMAN, etc.

NOTICE OF MEDIATOR SELECTION

    Defendants
_____/

    Plaintiff chooses Melvin Rubin, to serve as case mediator. Mr. Rubin is on the court list of certified mediators, can provide neutral location, and is willing and available to serve as mediator.

    In phone conversation of June 21, 2000, representative for the Defendant found proposed mediator "unacceptable" simply because the mediator has an address in "Miami". In Defendant representative's letter to Plaintiff dated June 14, 2000, Defendant representative did attempt to get Plaintiff, acting pro se, to schedule meeting outside of the date described in court order dated June 9, 2000, with the probable intent of case dismissal.

Respectfully submitted on this 26th day of June, 2000.

JOSE J. DELACRUZ, Pro Se
2420 N.E. 7th Avenue
Ft. Lauderdale, FL 33305
(954)566-9948

cc: Barbara L. Petras, Esq., AUSA