UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6171-CIV-ZLOCH/SELTZER

JOSE J. DELACRUZ,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF LABOR, AND ALEXIS HERMAN,
SECRETARY OF LABOR,

    Defendants.
_____/



FILED
JUN 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### DEFENDANT'S NOTICE THAT THERE HAS BEEN NO AGREEMENT BETWEEN THE PARTIES AS TO MEDIATOR; THE CLERK OF COURT HAS BEEN SO NOTIFIED

Defendant, Alexis Herman, Secretary of Labor and the United States Department of Labor, by and through the undersigned Assistant United States Attorney, in response to plaintiff's "Notice of Mediator Selection", submits the following pleading to clarify the status of the case, there has been no agreement between the parties as to the selection of a mediator.

On June 21, the defendant spoke with the plaintiff by telephone. In that discussion, among other things, plaintiff proposed the name of a single mediator. Defendant's counsel did not agree to plaintiff's selection. Defendant proposed the names of three mediators, at least two of which were on the Court's List of Certified Mediators. Plaintiff stated he wanted to check out the mediators before agreeing. Defendant's counsel asked plaintiff to call back by close of business Friday, June 23, 2000 with plaintiff's decision, so that the court could be notified by the Monday, 26, 2000 if the parties agreed upon a mediator. Plaintiff never called the defendant's counsel back.



In accordance with this court's order, on June 26, the undersigned noticed the Clerk by letter, as required by this court's order and the Local Rules, that the parties were unable to agree upon a mediator. A copy of the letter was sent to plaintiff.

WHEREFORE, the defendants submit the above to clarify[1] the status of the case with this Court.

                            Respectfully submitted,

                            GUY A. LEWIS
                            UNITED STATES ATTORNEY

By: *[signature]*
          Barbara L. Petras
          Assistant United States Attorney
          Florida Bar No. 209181
          500 E. Broward Boulevard, Ste. 700
          Ft. Lauderdale, Florida, 33394
          Tel: (954) 356-7314, Ext. 3609
          Fax: (954) 356-7180

---

[1] In his pleading, plaintiff makes a spurious allegation claiming that the undersigned tried to get plaintiff to agree to a meeting "outside of the date described in the court's order". In the conversation on June 21, the undersigned proposed the date of June 28, 2000 for the parties to meet at the United States Attorneys Office for a scheduling meeting (in accordance with Local Rule 16.1) to prepare the scheduling report and exchange witness lists and evidence. Plaintiff declined to attend. The undersigned attempted to explain the Court's Order and the requirements of the Local Rules to plaintiff *pro se*, but plaintiff interrupted counsel, stated that he read the Court's June 9, 2000 Order and the Local Rules, and he disagreed. Plaintiff stated a scheduling meeting was "not necessary at this time". Plaintiff also refused to provide a copy of his evidence or a preliminary witness list to defendant, see also in this regard, the Defendant's Unilateral Scheduling Report, filed June 26, 2000.

HENRY SOLANO
Solicitor of Labor

Jaylynn K. Fortney
Regional Solicitor

Larry A. Auerbach
Counsel

Sharon D. Calhoun
Attorney
U.S. Department of Labor
Office of the Solicitor
61 Forsyth Street, S.W., Rm. 7T10
Atlanta, Georgia 30303
Tel: (404) 562-2057
Fax: (404) 562-2073

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June 2000, a copy of the foregoing was mailed, postage prepaid to:

Jose J. Delacruz *Pro Se*
2420 N.E. 7th Avenue
Ft. Lauderdale, FL 33305

Barbara L. Petras
Assistant United States Attorney

3