# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Clarence Maddox
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

July 7, 2000

FILED by _____ D.C.
DKTG

JUL 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Barbara L. Petras
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394

Re: **REQUEST FOR DESIGNATION OF A MEDIATOR PURSUANT TO LOCAL RULE 16.2.D. 1(b)**
**CASE NO.: 00-6171-CIV-ZLOCH**
**Jose J. De La Cruz v. United States Department of Labor and Alexis Herman, et al**

Dear Ms. Petras:

Pursuant to your request the Clerk has randomly selected Thomas E. Glick as the mediator in the above-mentioned case. His address is 11900 Biscayne Blvd., Suite 740, North Miami, Florida 33181 and his telephone number is (305)892-1577. Please make a note of it.

If you have any questions regarding this matter, please contact me at your convenience.

Sincerely,

Catherine Reynolds
Executive Services Administrator

CR/av

c:  Honorable William J. Zloch, Chief Judge
    Thomas E. Glick, Mediator
    Jose J. De La Cruz
    Court File