IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6171 CIV HUCK/Brown

JOSE J. DELACRUZ,

    Plaintiff,

v.

THE HONORABLE ALEXIS M. HERMAN,
SECRETARY OF THE UNITED STATES
DEPARTMENT OF LABOR,

    Defendant.
_____/

## NOTICE OF REASSIGNMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Charles S. White.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By _____
    CHARLES S. WHITE
    Assistant United States Attorney
    Fla. Bar No. 394981
    99 N.E. 4th Street, Suite 322
    Miami, Florida 33131
    Tel. (305) 961-9286
    Fax. (305) 530-7139

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on March 8, 2001 to Jose J. DeLaCruz, Plaintiff *pro se*, 2420 N.E. 7th Avenue, Ft. Lauderdale, Florida 33305.

By  _____
CHARLES S. WHITE
Assistant United States Attorney