00-6171.oa

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6171 CIV HUCK

JOSE J. DELACRUZ,

    Plaintiff,

vs.

THE HONORABLE ELAINE L. CHAO, Secretary of Labor,

    Defendant.

_____/



## ORDER DENYING MOTION FOR LIMITED DISCLOSURE OF RELEVANT PERSONNEL RECORDS

**This matter** is before this Court on Defendant's Motion for Limited Disclosure of Relevant Personnel Records, filed March 28, 2001. The Court has considered the motion and finds that it fails to comply with Local Rules 26.1.I and 7.1.A.3. In addition, while the motion claims to seek "relevant" personnel records, with the exception of the plaintiff's records, nowhere does the motion explain the relevancy of the other records sought.

Therefore, the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** this 3rd day of April, 2001 at Miami, Florida.

                                            STEPHEN T. BROWN
                                            U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Charles S. White, AUSA
        Jose J. Delacruz, pro se