IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

01 APR -6 PM 4:06

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6171-CIV HUCK/Brown

JOSE J. DELACRUZ,

      Plaintiff,

v.

THE HONORABLE ELAINE L. CHAO,
SECRETARY OF LABOR,

      Defendant.
_____/

### DEFENDANT'S CERTIFICATION REGARDING PRE-TRIAL STIPULATION

COMES NOW the Defendant, Elaine L. Chao, Secretary of Labor, by and through the undersigned Assistant United States Attorney, and pursuant to the Court's Order setting trial date and Pre-trial Schedule, files this certification that Plaintiff Delacruz, pro-se, has failed to cooperate in the preparation of the joint Pre-Trial Stipulation and in support thereof would show as follows:

1. On September 11, 2000, the Court entered an order scheduling the trial of these proceedings to commence during the two week period commencing Monday April 23, 2001.

2. In addition, the Court directed the parties to file meet at least one month prior to the beginning of the trial calendar to confer on the preparation of a Pre-Trial Stipulation.

3. In efforts to comply with the Court's order, the undersigned counsel has repeatedly attempted to contact the Plaintiff pro se via telephone. Indeed, during the week of March 26, 2001, the undersigned counsel received a return telephone call from Plaintiff. During the ensuing discussion, the undersigned counsel attempted to secure agreement regarding the contents of a Pre-Trial Stipulation. However, the parties were not able to conclude their efforts during the call and



agreed to resume their efforts at the earliest mutually convenient opportunity.[1] During the week of April 2, 2001, the undersigned counsel again left repeated voice messages with Plaintiff's answering machine. On April 5, 2001, during one such attempt, Plaintiff actually answer the telephone. During the ensuing conversation, the undersigned counsel reiterated the mutual need to comply with the Court's order by completing and filing a Pre-Trial Stipulation. Plaintiff agreed but stated that he was presently unavailable and suggested that our efforts be resumed on Friday, April 6, 2001. The undersigned counsel accepted this proposal. However, on Friday, April 6, 2001, at of this filing, Plaintiff has initiated no contact with the undersigned counsel. In addition, the undersigned counsel had initiated repeated telephone calls to Plaintiff through out the day (April 6, 2001) and left voice messages seeking Plaintiff's assistance in complying with the Court's order. However, as of this drafting, the undersigned counsel has received no response from Plaintiff.

WHEREFORE, the Defendant, Elaine L. Chao, Secretary of Labor, by and through the undersigned Assistant United States Attorney, and pursuant to the Court's Order setting trial date and Pre-trial Schedule, files this certification that Plaintiff Delacruz, pro-se, has failed to cooperate in the preparation of the joint Pre-Trial Stipulation.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By _____
CHARLES S. WHITE
Assistant United States Attorney
Fla. Bar No. 394981
99 N.E. 4th Street, Suite 322
Miami, Florida 33131
Tel. (305) 961-9286
Fax. (305) 530-7139

---

[1] To facilitate the completion of the Pre-Trial Stipulation, the undersigned counsel provided Plaintiff with completed drafts via fax asking for comment and correction. None were made.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on April 6, 2001 to Jose J. Delacruz, Plaintiff *pro se*, 2420 N.W. 7th Avenue, Ft. Lauderdale, Florida 33305.

By _____
CHARLES S. WHITE
Assistant United States Attorney