IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6171-CIV HUCK/BROWN

JOSE J. DELACRUZ,

    Plaintiff,

v.

THE HONORABLE ELAINE L. CHAO,
SECRETARY OF LABOR,

    Defendant.
_____/

## MOTION FOR CONTINUANCE

The Plaintiff moves this Court for a continuance of the trial which is currently scheduled to commence April 23, 2001 for the following reasons:

Plaintiff is pro se and will not proceed without adequate counsel and will not sign joint pretrial stipulation under duress.

Plaintiff filed suit pro se to pursue justice with good reason under the statute of limitations. Plaintiff presented facts to EEOC which constituted a prima facie case of discrimination. The facts could have been verified by EEOC, facts that should have been discovered upon proper investigation.

Plaintiff has actively sought and is actively seeking prosecution for this case. Plaintiff will not disrespect the Court with a case not ready for trial.

Plaintiff's employer, State of Florida, Department of Children and Families, has not granted leave for the purpose of appearing in court.

Wherefore, Plaintiff moves for a continuance of the trial now set to commence April 23, 2001.

Respectfully submitted,

JOSE J. DELACRUZ, pro se
2420 N.E. 7th Avenue
Fort Lauderdale, FL 33305

cc: Charles S. White, Esq.
    Assistant United States Attorney
    99 N.E. 4th Street, Suite 300
    Miami, Florida 33131