IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6171-CIV HUCK/Brown

JOSE J. DELACRUZ,

    Plaintiff,

v.

THE HONORABLE ELAINE L. CHAO,
SECRETARY OF LABOR,

    Defendant.

_____/



FILED by ___ D.C.
APR - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER OF LIMITED DISCLOSURE OF RELEVANT PERSONNEL FILE RECORDS

THIS CAUSE is before the Court upon the Motion of the Defendant, , Elaine L. Chao, Secretary of Labor, through her counsel, and pursuant to Title 5, United States Code, Section 552a(b)(11), for an order authorizing the limited release and disclosure of those portions of the personnel file of Reginald Harris, Phyllis Whitesell, Craig Walters, and Jose J. Delacruz, as maintained by the DOL, which are relevant to these proceedings, that is, any and all files where records pertaining to the rational supporting DOL hiring and compensation decisions regarding Reginald Harris, Phyllis Whitesell, Craig Walters, and Jose J. Delacruz, as maintained by DOL.

Upon review of all relevant portions of the records, it is hereby:

ORDERED AND ADJUDGED THAT those portions of the personnel file of Reginald Harris, Phyllis Whitesell, Craig Walters, and Jose J. Delacruz, as maintained by the DOL, which are relevant to these proceedings, that is, any and all files where records pertaining to the rational supporting DOL hiring and compensation decisions regarding Reginald Harris, Phyllis Whitesell, Craig Walters, and Jose J. Delacruz, as maintained by DOL, and which are otherwise subject to the

provisions of the Privacy Act (hereinafter referred to as "relevant material") may be disclosed, disseminated and used by the parties reasonably and in good faith in the preparation of the litigation of this case but that such material shall not be disseminated or used by Plaintiff, his counsel, or any other person to whom disclosure is made, for any other purpose;

IT IS FURTHER ORDERED AND ADJUDGED THAT any person to whom the relevant material is disclosed in the course of this litigation, other than in-court disclosure, shall be informed of the use restriction imposed by the Court's order prior to the disclosure to said person who shall acknowledge his/her agreement to be bound by the order;

IT IS FURTHER ORDERED AND ADJUDGED THAT any disclosed relevant material, shall be returned to Defendant within a reasonable time after the conclusion of this action, including appeals, if any;

IT IS FURTHER ORDERED AND ADJUDGED THAT the Court's order of limited disclosure of the relevant material is applicable solely to Privacy Act issues, and does not prejudice the rights of the parties to raise objections to the discovery of, or admissibility of, any document, or to assert any applicable privilege.

DONE and ORDERED in chambers at Miami, Florida this ___ day of April, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   Jose J. Delacruz, Plaintiff *pro se*
      Charles S. White, AUSA