UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6171-CIV-HUCK

JOSE J. DELACRUZ,

    Plaintiff(s),

v.

THE HONORABLE ELAINE CHAO,
SECRETARY OF LABOR,

    Defendant(s).
_____/



FILED by ___ D.C.
APR 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE

    This matter is before the Court on Plaintiff's Motion for Continuance, filed April 6, 2001. The motion fails to demonstrate any compelling circumstances warranting a continuance. Absent such a showing, this case remains on the Court's April 23, 2001 trail docket. Plaintiff is therefore reminded of the importance of complying with all applicable court rules and orders necessary to prepare this case for trial, including meeting and cooperating with opposing counsel in the preparation of a Joint Pretrial Stipulation and jury instructions, appearing at the status conference at 2:00 p.m. on Tuesday, April 17, 2001, and appearing at calendar call at 8:30 a.m. on Wednesday, April 18, 2001. Accordingly, it is

    ORDERED AND ADJUDGED that Plaintiff's Motion for Continuance is hereby DENIED. Plaintiff is hereby ORDERED to immediately contact opposing counsel in order for the parties to resolve all outstanding matters, including preparation of the Joint Pretrial Stipulation and jury instructions. Failure to comply with this order will subject the non-complying party to appropriate sanctions, including dismissal of the action and/or striking of pleadings.

    DONE AND ORDERED in chambers, Miami, Florida, this _10_ day of April, 2001.

                                            PAUL C. HUCK
                                            United States District Judge

Copies furnished to:
Jorge De La Cruz, *pro se*
Charles White, Esq., AUSA