UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6171-CIV-HUCK

JOSE J. DELACRUZ,

    Plaintiff(s),

v.

THE HONORABLE ELAINE CHAO,
SECRETARY OF LABOR,

    Defendant(s).
_____/



FILED by ＣＲ D.C.
APR 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER TO SHOW CAUSE

This matter is before the Court upon Defendant's Certification Regarding Pre-Trial Stipulation, which indicates that plaintiff has failed to comply with the scheduling order in this case by not cooperating with Defendant in preparing the Joint Pre-Trial Stipulation. It is therefore

ORDERED AND ADJUDGED that

Plaintiff shall show cause, in writing, on or before **9:00 a.m. Tuesday, April 16, 2001** why he has failed to cooperate and prepare a Joint Pre-Trial Stipulation, as required by court order. Failure to respond to show good cause in response to this order will result in appropriate sanctions, including dismissal of this action.

DONE AND ORDERED in chambers, Miami, Florida, this 9 day of April, 2001.

PAUL C. HUCK
United States District Judge

Copies furnished to:
Jorge De La Cruz, *pro se*
Charles White, Esq., AUSA