UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6171-CIV-HUCK

JOSE J. DELACRUZ,

      Plaintiff(s),

      v.

THE HONORABLE ELAINE CHAO,
SECRETARY OF LABOR,

      Defendant(s).
_____/



FILED by _____ D.C.

APR 10 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER SETTING STATUS CONFERENCE

This matter is hereby set for a status conference on **Tuesday, April 17, 2001 at 2:00 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N. E. Fourth Street, 10th Floor, Miami, Florida.  Plaintiff is hereby ORDERED to telephone chambers at (305) 523-5523 immediately upon receipt of this order, and provide day and evening telephone numbers where plaintiff can be reached to discuss scheduling and other administrative matters in advance of trial.

DONE AND ORDERED in chambers, Miami, Florida, this 9 day of April, 2001.

PAUL C. HUCK
United States District Judge

Copies furnished to:
Jorge De La Cruz, *pro se*
Charles White, Esq., AUSA

