IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6171-CIV HUCK/BROWN

JOSE J. DELACRUZ, pro se

    Plaintiff,

v.

THE HONORABLE ELAINE L. CHAO,
SECRETARY OF LABOR,

    Defendant.
_____/

PLAINTIFF'S REQUEST FOR TRIAL JURY

Plaintiff asserts his rights under Amendment XIV Section 1. of the U.S. Constitution and provided by the Federal Jury Selection and Service Act of 1968, in requesting that a jury be present for the trial as scheduled to commence.

                                                                         Respectfully submitted,

                                                                         Jose J. Delacruz, pro se
                                                                         2420 N.E. 7th Avenue
                                                                         Ft. Lauderdale, Florida 33305

cc: Charles S. White, Esq.
     Assistant United States Attorney
     99 N.E. 4th Street, Suite 300
     Miami, Florida 33131

