IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6171-CIV HUCK/Brown

JOSE J. DELACRUZ,

    Plaintiff,

v.

THE HONORABLE ELAINE L. CHAO,
SECRETARY OF LABOR,

    Defendant.
_____/

**NIGHT BOX FILED**
APR 20 2001
CLARENCE MADDOX
CLERK USDC / SDFL / MIA

### DEFENDANT'S WITNESS LIST

COMES NOW, the Defendant, by and through the undersigned counsel, pursuant to Local Rule 16.1(B)(4), to provide this Witness List, as follows:

1. Jim Beddingfield, Former Supervisory Economist
   Department of Labor (DOL), Bureau of Labor Statistics (BLS)

2. Wilson Romero, Economist, DOL, BLS

3. Alfred Manual, Economist, DOL, BLS

4. Michael Watt, Personnel Specialist, DOL

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By    _____
        CHARLES S. WHITE
        Assistant United States Attorney
        Fla. Bar No. 394981
        99 N.E. 4th Street, Suite 322
        Miami, Florida 33131
        Tel. (305) 961-9286
        Fax. (305) 530-7139

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on April 20, 2001 to Jose J. Delacruz, Plaintiff *pro se*, 2420 N.W. 7th Avenue, Ft. Lauderdale, Florida 33305.

By _____
CHARLES S. WHITE
Assistant United States Attorney