UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6171-CIV-HUCK

JOSE J. DELACRUZ,

    Plaintiff(s),

v.

THE HONORABLE ELAINE CHAO,
SECRETARY OF LABOR,

    Defendant(s).
_____/

**CLOSED CIVIL CASE**

FILED by ___ D.C.
MAY 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court upon Defendant's Motion to Dismiss and Motion to Attach Costs [DE # 41-1 & 41-2]. As the record reflects, plaintiff has refused to comply with court orders and the local rules requiring the parties to confer in order to prepare a scheduling report, select a mediator, and prepare a Joint Pre-Trial Stipulation.[1]

As the record further reflects, plaintiff was advised at a status conference on April 17, 2001 that his case would proceed to trial the week of April 23, 2001, immediately following a criminal trial that was expected to last approximately two days. Thereafter, on April 23, 2001 at approximately 11:30 a.m., the Court's staff spoke with plaintiff by telephone and advised him that the criminal case had been resolved and that the above-styled action would commence at 9:00 a.m. on April 24, 2001. Plaintiff advised the Court's staff that he would appear as directed at 9:00 a.m. on April 24, 2001.

Defendant appeared for trial as directed at 9:00 a.m. on April 24, 2001, with several out-of-town witnesses. Plaintiff, however, failed to appear. The Court's staff placed a call to plaintiff's home telephone number, and left a message requesting that plaintiff contact chambers as soon as possible. At 11:00 a.m., after receiving no reply from plaintiff, the Court released

---

[1] The Court issued an Order to Show Cause on April 10, 2001, directing plaintiff to show cause why he failed to cooperate in the preparation of the Pre-Trial Stipulation. This Order was mailed to an incorrect address and returned to the Court. The Court, therefore, does not base its decision to dismiss this case on plaintiff's failure to respond to the Order to Show Cause.



defendant's witnesses.

To date, plaintiff has not returned the Court's calls, or otherwise attempted to contact the Court regarding scheduling of the trial in this matter or explain his failure to appear at trial. Accordingly, the Court finds that plaintiff has repeatedly failed to comply with the Court's orders, failed to appear for trial, and failed to prosecute this case. It is, therefore

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss [DE # 41-1] is hereby GRANTED WITHOUT PREJUDICE. Plaintiff may re-file this action conditioned upon payment of the costs incurred by defendant due to plaintiff's failure to appear at trial. The Motion to Attach Costs [DE # 41-2] is, therefore, also GRANTED. Defendant shall file a motion to determine the amount of the costs at the appropriate juncture.

The Clerk of the Court is directed to mark this case CLOSED and DENY all pending motions as MOOT.

DONE AND ORDERED in chambers, Miami, Florida, this 1st day of May, 2001.

PAUL C. HUCK
United States District Judge

Copies furnished to:
Jorge De La Cruz, *pro se*
Charles White, Esq., AUSA